Rabin J. Pournazarian, SBN 186735
Price Law Group, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
(818) 205-4540 Telephone
(818) 995-9277 Fax
E-mail: rabin@pricelawgroup.com
Attorney for Debtor.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| **In re:** | Case No: 6:23-bk-10129-WJ |
| | Chapter 13 |
| **DARRELL ANTHONY HAMILTON,** | **DECLARATION OF DEBTOR REGARDING SECURED DEBT PAYMENT HISTORY** |
| **Debtor.** | |
| | Confirmation Hearing:<br>Date:  July 17, 2023<br>Time:  1:30PM<br>Crtm:   304<br>        United States Bankruptcy Court<br>        Central District of California<br>        3420 Twelfth Street<br>        Riverside, California 92501 |

///

///

///

///

-1-

## DECLARATION OF DARRELL HAMILTON

I, DARRELL HAMILTON declare:

1. I am the Debtor in this Chapter 13 bankruptcy case filed on January 13, 2023.

2. The assets in this bankruptcy case include the real property located at the following street address: 12260 Daisy Court, Rancho Cucamonga, CA 91739 ("Property). I have listed the property on Schedule A with a value of $566,600.00. A foreclosure sale is currently set for July 17, 2023.

3. The Property is my current residence.

4. The property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of Select Portfolio Servicing.

        i. The current amount owed is $273,510.46.

        ii. The monthly mortgage payment is currently $1,541.97.

        iii. The unpaid accrued arrearage is $24,380.13.

5. During each of the months listed below I made the following payments:

| Month | Amount to 1st Lienholder |
|---|---|
| January 2022 | $0.00 |
| February 2022 | $0.00 |
| March 2022 | $0.00 |
| April 2022 | $0.00 |
| May 2022 | $0.00 |
| June 2022 | $0.00 |
| July 2022 | $0.00 |
| August 2022 | $0.00 |
| September 2022 | $0.00 |
| October 2022 | $0.00 |
| November 2022 | $0.00 |
| December 2022 | $0.00 |
| January 2023 | $0.00 |

| | |
|---|---|
| February 2023 | $1,541.97 |
| March 2023 | $1,541.97 |
| April 2023 | $0.00 |
| May 2023 | $1,541.97 |
| June 2023 | $3,083.94 |

6. Attached to this declaration are true and correct copies of proof of any and all payments made during the last six months.

7. In 2022, my total gross income from all sources was $ 35,000.00                    .

8. My total gross income for 2023 (year to date) from all sources is approximately $ 26,000    as of the date of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/26/23

DARRELL HAMILTON

-3-

# EXHIBIT "A"



# FINANCIAL SUMMARY - CASE 23-10129

DARRELL ANTHONY HAMILTON paying **$2,493.00** MONTHLY

Receipts | Rcpts/Deb Refunds | Disbursements | Trustee Disb | Show All

Limits: Select Start Date ⌄  Select Claim ID ⌄  Select Payee Name ⌄

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 6/7/2023 | | | | NATIONWIDE TFS RECEIPT | $2,000.00 | | |
| 5/8/2023 | | | | NATIONWIDE TFS RECEIPT | $1,200.00 | | |
| 5/1/2023 | | | | NATIONWIDE TFS RECEIPT | $1,250.00 | | |
| 3/29/2023 | | | | NATIONWIDE TFS RECEIPT | $2,493.00 | | |
| 2/23/2023 | | | | NATIONWIDE TFS RECEIPT - MONEYGRAM | $655.00 | | |
| | | | | Totals: | $7,598.00 | $0.00 | |

Welcome, Scott Ziegler
Log Out

**ALERT** You're not allowed to manage this account. Please <u>upload an authorization.</u>  ✕

Debtor – Darrell Hamilton

**Personal Info**    **Bank Info**    **Payments**    **Authorization**    **Case Info**    Activate

### Personal Info  Edit

**Name**
Darrell Hamilton

**Email**
darrellah@msn.com

**Address**
12260 Daisy Court
Rancho Cucamonga CA 91739

**Phone**
[redacted]

**Currently set to pay**
Rod Danielson (TR)

**Status**
Active - Enrolled

User Authorization Required

Convert to eWage

Archive Debtor

Print MoneyGram Card

### Bank Info  Edit

**Bank name**    **Account Type**
Chase            Checking

**Account Number**    **Routing Number**
[redacted]              [redacted]

### Payments  Edit

**Schedule**
Always Manual Payments

### Authorization

**No authorization. You cannot manage this account without an authorization.**

Add Authorization

### Case Info  Edit

**Case Number**
23-10129

**Trustee**

 Upcoming Transactions

 Processing Transactions

June {

| Date | Payee | Type | Amount | TFS Fee | Total |
|---|---|---|---|---|---|
| June 26, 2023 | Rod Danielson (TR) | Trustee Payment | $2,500.00 | $0.00 | $2,500. |
| June 24, 2023 | Rod Danielson (TR) | Trustee Payment | $530.00 | $0.00 | $530.00 |

Recent Transactions

☰ View All Transactions

| Date | Payee | Type | Status | Amount | TF |
|---|---|---|---|---|---|
| May 31, 2023 | Rod Danielson (TR) | Manual Debtor Payment | Complete | $2,000.00 | $6 |

| | |
|---|---|
| In re:<br>**Darrell Anthony Hamilton**<br><br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **6:23-bk-10129-WJ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**6345 Balboa Blvd. Suite 247**
**Encino, CA 91316**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DEBTOR REGARDING SECURED DEBT PAYMENT HISTORY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **6/26/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**CHAPTER 13 TRUSTEE: Rod Danielson (TR),   notice-efile@rodan13.com**
**ATTORNEY FOR DEBTOR: Rabin Pournazarian, enotice@pricelawgroup.com**
**UNITED STATES TRUSTEE (RS), ustpregion16.rs.ecf@usdoj.gov**
**ECF PARTY: Sheryl K Ith, sith@cookseylaw.com**
**ECF PARTY: Chad L Butler, caecf@tblaw.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **6/26/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**DEBTOR**
**Darrell Hamilton**
**12260 Daisy Court**
**Rancho Cucamonga, CA 91739**

**JUDGE**
**Hon. Wayne Johnson**
**United States Bankruptcy Court**
**3420 Twelfth Street, Suite 384**
**Riverside, CA 92501**

**CREDITOR**
**Select Portfolio Servicing**
**10401 Deerwood Park**
**Jacksonville, FL 32256**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/26/2023 | Ashley Johnson | /s/ Ashley Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **9013-3.1.PROOF.SERVICE**