Rabin J. Pournazarian, Bar No. 186735
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
(818) 995-4540 Telephone
(818) 995-9277 Facsimile

Attorneys for Debtor.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

| | |
|---|---|
| **In re:** <br><br> **DARRELL ANTHONY HAMILTON,** <br><br><br> Debtor. | Case No: 6:23-bk-10129-WJ <br><br> Chapter 13 <br><br> **RESPONSE TO CHAPTER 13 TRUSTEE'S STATEMENT REGARDING PLAN CONFIRMATION** <br><br> <u>**Confirmation Hearing**</u> <br> Date: July 17, 2023 <br> Time: 1:30PM <br> Courtroom: 304 |

**TO: THE HON. WAYNE JOHNSON; ROD DANIELSON/CHAPTER 13 TRUSTEE:**

    I have reviewed the Chapter 13 Confirmation worksheet filed by the Chapter 13 Trustee on June 28, 2023. The Debtor agrees to the terms of confirmation.

Dated: July 3, 2023　　　　　　　　　　　　　　　　/s/ Rabin J. Pournazarian
　　　　　　　　　　　　　　　　　　　　　　　　　Rabin J. Pournazarian
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

-1-

| In re:<br>**Darrell Anthony Hamilton**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **6:23-bk-10129-WJ** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**6345 Balboa Blvd. Suite 247**
**Encino, CA 91316**

A true and correct copy of the foregoing document entitled (*specify*): **Response to Chapter 13 Trustee's Statement Regarding Plan Confirmation**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/3/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**CHAPTER 13 TRUSTEE: Rod Danielson (TR),   notice-efile@rodan13.com**
**ATTORNEY FOR DEBTOR: Rabin Pournazarian, enotice@pricelawgroup.com**
**UNITED STATES TRUSTEE (RS), ustpregion16.rs.ecf@usdoj.gov**
**ECF PARTY: Sheryl K Ith, sith@cookseylaw.com**
**ECF PARTY: Chad L Butler, caecf@tblaw.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **7/3/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**DEBTOR**
**Darrell Hamilton**
**12260 Daisy Court**
**Rancho Cucamonga, CA 91739**

**JUDGE**
**Hon. Wayne Johnson**
**United States Bankruptcy Court**
**3420 Twelfth Street, Suite 384**
**Riverside, CA 92501**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/3/2023 | Ashley Johnson | /s/ Ashley Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June  2012                                                                                                                                      **9013-3.1.PROOF.SERVICE**